UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60110-CR-SMITH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERRY JUNIOR CHERRINGTON,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 38)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick M. Hunt (Report,@ ECF No. 38), issued on October 10, 2025 recommending that the Defendant's Motion to Suppress the Search of his Automobile and his Statement Post-Arrest, ECF No. [21] be denied. The Defendant filed Objections to the Report on October 11, 2025, ECF No. [39]. Having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 38) issued on October 10, 2025, is **AFFIRMED and ADOPTED**.

2. Defendant's Motion to Suppress, ECF No. [21] is Denied.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 17th day of October, 2025.

_____
RODNEY SMITH
United States District Judge